**Order entered January 14, 2020**



**In the**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00463-CR

### GERALD JEFFERSON MUNOZ MONTANO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F18-00457-Y

## ORDER

Before the Court is appellant's January 10, 2020 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before February 18, 2020. Failure to file a brief by that date may result in the appeal being abated for a trial court hearing. *See* TEX. R. APP. P. 38.8(b)(3).

/s/    CORY L. CARLYLE
        JUSTICE